# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| KEVIN CAIN | CIVIL ACTION NO. 05-0814 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Magistrate Judge's Report and Recommendation, which the Court finds are correct under the applicable law, as modified by this Court's Ruling, and noting the absence of objections in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Kevin Cain's Petition for Writ of *Habeas Corpus* [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 30th day of May, 2006.


ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE