
RECEIVED
IN MONROE, LA

JUL 0 7 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| KEVIN L. CAIN | CIVIL ACTION NO. 05-0814 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

MONROE, LOUISIANA, this __6__ day of __July__, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE